IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:19-cr-223-DPM

MATTHEW SHANE PARHAM            DEFENDANT

ORDER

Motion, *Doc. 28*, granted. The Indictment and Superseding Indictment against Matthew Shane Parham are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2020